ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
LIZA M. VELAZCO, ESQ.
Nevada State Bar No. 11307
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
agarasi@bremerwhyte.com
lvelazco@bremerwhyte.com

Attorneys for Defendant,
REGIONAL TRANSPORTATION COMMISSION OF
SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONAN OBENCHAIN | Case No. 2:16-cv-01625-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA; CLARK COUNTY; ROES I-X, and DOE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff Conan Obenchain ("Plaintiff"), by and through his counsel of record Leslie M. Stovall, Esq. and Ross H. Moynihan, Esq. of the law firm Stovall & Associates, Defendant Regional Transportation Commission of Southern Nevada, by and through its counsel of record, Anthony T. Garasi, Esq. and Liza M. Velazco, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, and Defendant Clark County by and through its counsel of record, Cindie D. Hernandez, Esq. and A. Maria Maskall, Esq. of the law firm Lee, Hernandez, Landrum & Garofalo, A.P.C., Attorneys for Clark County, and hereby stipulate and agree pursuant to Local Rules 6-1, 6-2 and 7-1 as follows:

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1114\028\CF\Federal\SAO extend time to answer complaint_.docx

## I.    **STIPULATION**

IT IS HEREBY STIPULATED by the parties that Defendants Regional Transportation Commission of Southern Nevada and Clark County shall have an extension of time until December 15, 2016 to file a responsive pleading to Plaintiff's Complaint [Dkt. 1] in order to allow the parties to go through the Rule 11 process.

IT IS FURTHER STIPULATED by the parties that this stipulation does not constitute any waiver of claims for defenses and that the extension of time to file a responsive pleading includes an extension to file a Motion to Dismiss pursuant to FRCP 12(b).

IT IS FURTHER STIIPULATED by the parties that this stipulation is made in good faith and not for the purposes of delay.

DATED this 15th day of November, 2016      DATED this 15th day of November, 2016

**STOVALL & ASSOCIATES**      **BREMER WHYTE BROWN & O'MEARA**

By: */s/ Ross M. Moynihan*      By: _____
    Leslie Mark Stovall, Esq.      Anthony T. Garasi, Esq.
    Nevada Bar No. 2566      Nevada Bar No. 11134
    Ross M. Moynihan, Esq.      Liza M. Velazco, Esq.
    Nevada Bar No. 11848      Nevada Bar No. 11307
    2301 Palomino Lane      1160 N. Town Center Drive, Suite 250
    Las Vegas, Nevada 89107      Las Vegas, Nevada 89144
    Attorneys for Plaintiff,      Attorneys for Defendant,
    CONAN OBENCHAIN      REGIONAL TRANSPORTATION
          COMMISSION OF SOUTHERN NEVADA

DATED this 15th day of November, 2016

**LEE, HERNANDEZ, LANDRUM & GAROFALO, A.P.C.**

By: */s/ Cindie D. Hernandez*
    Cindie D. Hernandez, Esq.
    Nevada Bar No. 7218
    A. Maria Maskall, Esq.
    Nevada Bar No. 6410
    7575 Vegas Dr., Suite 150
    Las Vegas, Nevada 89128
    Attorneys for Defendant,
    CLARK COUNTY

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

H:\1114\028\CF\Federal\SAO extend time to answer complaint_.docx

## II.

## **ORDER**

The foregoing stipulation is hereby entered as an Order of the Court.

IT IS SO ORDERED.

Dated: November 16th, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:
BREMER WHYTE BROWN & O'MEARA, LLP

By: _____
Anthony T. Garasi, Esq.
Nevada State Bar No. 11134
Liza M. Velazco, Esq.
Nevada State Bar No. 11307
Attorneys for Defendant,
REGIONAL TRANSPORTATION COMMISSION
OF SOUTHERN NEVADA

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

H:\1114\028\CF\Federal\SAO extend time to answer complaint_.docx

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of November, 2016, I served a copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** via the United States District Court CM/ECF system upon all parties on the master e-service list.

*Crystal Williams*
_____
An Employees of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

4

H:\1114\028\CF\Federal\SAO extend time to answer complaint_.docx