LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CONAN OBENCHAIN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA; CLARK COUNTY; ROES I-X, and DOE CORPORATIONS I-X, inclusive.<br><br>　　　　　　Defendants. | CASE NO.: 2:16-cv-01625-RFB-VCF |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA'S MOTION TO DISMISS AND MOTION FOR RULE 11 SANCTIONS**
(FIRST REQUEST)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CONAN OBENCHAIN, through his attorney Leslie Mark Stovall, Esq. of Stovall & Associates and Defendant REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, through its attorney Anthony T. Garasi, Esq. and Liza Velazco, Esq. of Bremer Whyte Brown & O'Meara LLP, that the due date for the filing of the oppositions to Defendant Regional Transportation Commission of Southern Nevada's Motion to Dismiss and Motion for Rule 11 Sanctions shall be Monday, January 30, 2017.

/ / /

/ / /

Dated this 9th day of January, 2017.

STOVALL & ASSOCIATES

//s// Leslie Mark Stovall

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorney for Plaintiff*

Dated this 9th day of January, 2017.

BREMER WHYTE BROWN & O'MEARA LLP

//s// Liza M. Velazco

_____
ANTHONY T. GARASI, ESQ.
Nevada Bar No. 11134
LIZA M. VELAZCO, ESQ.
Nevada Bar No. 11307
1160 N. Town Center Dr., Ste. 250
Las Vegas, NV 89144

## ORDER

Based upon the stipulation of the parties and for good cause appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the date for the filing of Plaintiff's oppositions to (1) Defendant Regional Transportation Commission of Southern Nevada's Motion to Dismiss and (2) Defendant Regional Transportation Commission of Southern Nevada's Motion for Rule 11 Sanctions, shall be Monday, January 30, 2017.

DATED this  11th day of January, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:
STOVALL & ASSOCIATES

//s// Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*