LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CONAN OBENCHAIN,

   Plaintiff,

vs.

REGIONAL TRANSPORTATION
COMMISSION OF SOUTHERN NEVADA
CLARK COUNTY; ROES I-X, and DOE
CORPORATIONS I-X, inclusive.

   Defendants.

CASE NO.: 2:16-cv-01625-RFB-VCF

**STIPULATION AND ORDER TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff CONAN OBENCHAIN, through his counsel of record LESLIE MARK STOVALL, ESQ. and ROSS MOYNIHAN, ESQ., of STOVALL & ASSOCIATES, and Defendant REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, through its counsel of record ANTHONY T. GARASI, ESQ. and LIZA VELAZCO, ESQ. of BREMER WHYTE BROWN & O'MEARA LLP, and Defendant CLARK COUNTY, through its counsel of record CINDIE D. HERNANDEZ, ESQ. and A. MARIA MASKALL, ESQ. of LEE HERNANDEZ, LANDRUM & GAROFALO, A.P.C. that the Complaint filed by Plaintiff, and each and every cause of action alleged therein, shall now be dismissed WITH PREJUDICE, and with each side to bear its own attorney fees and costs.

/ / /

/ / /

*Obenchain v. Regional Transportation, et al*
Case No.: *2:16-cv-01625*
*Stipulation & Order For Dismissal W/Prejudice*

DATED this 13th day of February, 2017.
STOVALL & ASSOCIATES

//s// Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorney for Plaintiff*

DATED this 13th day of February, 2017.
BREMER WHYTE BROWN & O'MEARA LLP

//s// Liza M. Velazco
_____
ANTHONY T. GARASI, ESQ.
Nevada Bar No. 11134
LIZA M. VELAZCO, ESQ.
Nevada Bar No. 11307
1160 N. Town Center Dr., Ste. 250
Las Vegas, NV 89114
*Attorney for Regional Transportation Commission of Southern Nevada*

DATED this 13th day of February, 2017.
LEE HERNANDEZ, LANDRUM & GAROFALO, A.P.C.

//s// A. Maria Maskall
_____
CINDIE D. HERNANDEZ, ESQ.
Nevada Bar No. 7218
A. MARIA MASKALL, ESQ.
Nevada Bar No. 6410
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
*Attorneys for Clark County*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and for good cause appearing, it is hereby

ORDERED ADJUDGED AND DECREED that this action shall now be dismissed with prejudice, with each party to bear its own attorney fees and costs.

IT IS SO ORDERED this __14th__ day of February, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted By:
STOVALL & ASSOCIATES
//s// Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*